**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-32179 |
| | § | |
| LUTHERYA D HARRIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $610.00 | Assets Exempt: | $12,600.00 |
| Total Distributions to Claimants: | $1,475.48 | Claims Discharged Without Payment: | $87,361.09 |
| Total Expenses of Administration: | $524.52 | | |

3) Total gross receipts of $2,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $524.52 | $524.52 | $524.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $137.00 | $156.64 | $156.64 | $156.64 |
| General Unsecured Claims (from **Exhibit 7**) | $86,296.59 | $9,519.04 | $9,519.04 | $1,318.84 |
| **Total Disbursements** | $86,433.59 | $10,200.20 | $10,200.20 | $2,000.00 |

4). This case was originally filed under chapter 0 on 09/22/2015. The case was converted to one under Chapter 7 on 02/03/2016. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2018     By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2000 Pontiac Grand Prix | 1129-000 | $466.67 |
| 2002 Chevy Express | 1129-000 | $533.33 |
| 2002 Pontiac Bonneville | 1129-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | $2,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $500.00 | $500.00 | $500.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $23.54 | $23.54 | $23.54 |
| Green Bank | 2600-000 | NA | $0.98 | $0.98 | $0.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $524.52 | $524.52 | $524.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois Department of Revenue | 5800-000 | $137.00 | $156.64 | $156.64 | $156.64 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $137.00 | $156.64 | $156.64 | $156.64 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | City Of Chicago Department of Finance | 7100-000 | $6,998.70 | $7,267.55 | $7,267.55 | $1,013.20 |
| 2 | Commonwealth Edison Company | 7100-000 | $0.00 | $2,192.29 | $2,192.29 | $305.64 |
| 3A | Illinois Department of Revenue | 7300-000 | $137.00 | $59.20 | $59.20 | $0.00 |
| | 1 Stop Cash | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | Advocate Bethany Hospital | 7100-000 | $234.00 | $0.00 | $0.00 | $0.00 |
| | Affiliated Radiologists | 7100-000 | $456.00 | $0.00 | $0.00 | $0.00 |
| | Affirmative Insurance | 7100-000 | $82.00 | $0.00 | $0.00 | $0.00 |
| | Alabama Power | 7100-000 | $618.00 | $0.00 | $0.00 | $0.00 |
| | Allstate Insurance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Family Care | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $77.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $212.00 | $0.00 | $0.00 | $0.00 |
| | Baptist Med Ctr East | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| | Bell Road Family Dentistry | 7100-000 | $117.00 | $0.00 | $0.00 | $0.00 |
| | Charter Communications | 7100-000 | $199.00 | $0.00 | $0.00 | $0.00 |
| | Charter One Bank | 7100-000 | $479.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank Checking | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Check into Cash | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Imaging, Ltd | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Bank | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | Clark County | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Comed | 7100-000 | $650.29 | $0.00 | $0.00 | $0.00 |
| | Cook County Health & Hosp | 7100-000 | $167.00 | $0.00 | $0.00 | $0.00 |
| | Discover | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Dish Network | 7100-000 | $209.00 | $0.00 | $0.00 | $0.00 |
| | Edfinancial | 7100-000 | $1,455.00 | $0.00 | $0.00 | $0.00 |
| | Emory Clinic | 7100-000 | $262.00 | $0.00 | $0.00 | $0.00 |
| | Emory Healthcare | 7100-000 | $1,124.00 | $0.00 | $0.00 | $0.00 |
| | Express | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| | IDES | 7100-000 | $902.00 | $0.00 | $0.00 | $0.00 |
| | Imagine | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| Integrys Energy PGL | 7100-000 | $559.00 | $0.00 | $0.00 | $0.00 |
| Lakeside Emerg Grp | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| Lifco | 7100-000 | $37.00 | $0.00 | $0.00 | $0.00 |
| Loretto Hospital | 7100-000 | $526.00 | $0.00 | $0.00 | $0.00 |
| LVNV Funding | 7100-000 | $952.00 | $0.00 | $0.00 | $0.00 |
| Mercy Hospital | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
| Mile Square Health Center | 7100-000 | $117.00 | $0.00 | $0.00 | $0.00 |
| Mongoose Capital | 7100-000 | $12,044.00 | $0.00 | $0.00 | $0.00 |
| Oprah Magazine | 7100-000 | $18.00 | $0.00 | $0.00 | $0.00 |
| Peoples Energy | 7100-000 | $8,765.60 | $0.00 | $0.00 | $0.00 |
| PLS | 7100-000 | $548.00 | $0.00 | $0.00 | $0.00 |
| PPC Community Wellness | 7100-000 | $7.00 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $1,012.00 | $0.00 | $0.00 | $0.00 |
| Regions Bank | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| Resurgent Capital Services | 7100-000 | $755.00 | $0.00 | $0.00 | $0.00 |
| Rush Univ Med Group | 7100-000 | $1,804.00 | $0.00 | $0.00 | $0.00 |
| Rush University Medical Center | 7100-000 | $1,102.00 | $0.00 | $0.00 | $0.00 |
| Scana Energy | 7100-000 | $211.00 | $0.00 | $0.00 | $0.00 |
| Secretary of State | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Smyrna Commons Apts | 7100-000 | $1,140.00 | $0.00 | $0.00 | $0.00 |
| Sun Cash | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| T Mobile | 7100-000 | $448.00 | $0.00 | $0.00 | $0.00 |
| Triton Collegeth Ave | 7100-000 | $1,698.00 | $0.00 | $0.00 | $0.00 |
| U of IL Medical Center | 7100-000 | $47.00 | $0.00 | $0.00 | $0.00 |
| U of IL Physicians Group | 7100-000 | $63.00 | $0.00 | $0.00 | $0.00 |
| U of IL Radiology | 7100-000 | $251.00 | $0.00 | $0.00 | $0.00 |
| UIC Pathology | 7100-000 | $9.00 | $0.00 | $0.00 | $0.00 |
| University Pathologists | 7100-000 | $121.00 | $0.00 | $0.00 | $0.00 |
| US Cellular | 7100-000 | $741.00 | $0.00 | $0.00 | $0.00 |
| US Dept of Education | 7100-000 | $31,915.00 | $0.00 | $0.00 | $0.00 |
| Vaughn Meadows | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Village Radiology, Ltd. | 7100-000 | $42.00 | $0.00 | $0.00 | $0.00 |
| West Suburban Medical Center | 7100-000 | $645.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $86,296.59 | $9,519.04 | $9,519.04 | $1,318.84 |

**UST Form 101-7-TDR (10/1/2010)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-32179 | | | Trustee Name: | David Leibowitz |
| Case Name: | HARRIS, LUTHERYA D | | | Date Filed (f) or Converted (c): | 02/03/2016 (c) |
| For the Period Ending: | 4/9/2018 | | | §341(a) Meeting Date: | 03/01/2016 |
| | | | | Claims Bar Date: | 11/03/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Chase-Savings Account | $100.00 | $0.00 | | $0.00 | FA |
| 2 | Bank of America-Checking Account | $10.00 | $10.00 | | $0.00 | FA |
| 3 | 2004 Mitsubish Galant | $800.00 | $600.00 | | $0.00 | FA |
| Asset Notes: | Debtor retains possession of this vehicle. | | | | | |
| 4 | Furnishings | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Debtor believes she may have claim against Walgreens, prior employer, for improper firing. She has not yet found an atty. | Unknown | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Per Debtor's attorney, nothing came of this. She never hired an attorney and subsequently went back to work at Walgreens for a period of time. It was included in schedules in interest of full disclosure. | | | | | |
| 7 | 2002 Pontiac Bonneville | $1,500.00 | $0.00 | | $1,000.00 | FA |
| Asset Notes: | Debtor claimed that her boyfriend sold her 2002 Pontiac Bonneville (asset no. 7), 2002 Chevy Express (asset no. 8), and 2000 Pontiac Grand Prix (asset no. 9) without court authorization during the course of the bankruptcy case. Debtor subsequently offered to purchase the estate's right, title, and interest in the three vehicles for the aggregate sum of $2,000; Trustee obtained order authorizing same on 11/30/2016 (dkt #53). | | | | | |
| 8 | 2002 Chevy Express | $800.00 | $0.00 | | $533.33 | FA |
| Asset Notes: | Estate's interest in this vehicle and two others was sold to Debtor per order entered 11/30/2016 (see asset no. 7). | | | | | |
| 9 | 2000 Pontiac Grand Prix | $700.00 | $0.00 | | $466.67 | FA |
| Asset Notes: | Estate's interest in this vehicle and two others was sold to Debtor per order entered 11/30/2016 (see asset no. 7). | | | | | |
| 10 | VOID - ASSET ENTERED IN ERROR  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2015 Earned Income Credit and Child Tax Credit  (u) | $8,300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Added in Amended Schedule B filed 02/29/2016 (dkt #31). | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$13,010.00     $1,610.00     $2,000.00     $0.00

**Major Activities affecting case closing:**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-32179 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARRIS, LUTHERYA D | Date Filed (f) or Converted (c): | 02/03/2016 (c) |
| For the Period Ending: | 4/9/2018 | §341(a) Meeting Date: | 03/01/2016 |
| | | Claims Bar Date: | 11/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/26/2017  2017 Reporting Period:

The Debtor claimed that her boyfriend sold 3 of her vehicles without court approval during the course of the bankruptcy case. Debtor subsequently offered to purchase the estate's right, title, and interest in the three vehicles for the aggregate sum of $2,000, to be paid from her 2016 tax refund.

In March, Debtor's attorney advised the Trustee's office that his client received her refund, and the Trustee's office could expect payment promptly. The Trustee has not received payment, and Debtor's attorney has been unable to get his client to remit the funds. Trustee filed a motion for turnover, and Debtor has now agreed to pay the balance in full no later than June 30, 2017. The Trustee advised Debtor's attorney that if the funds are not received by then, he will move to revoke discharge.

The case will be ready for TFR upon receipt of funds due.

06/30/2016  2016 Reporting Period:

Converted from chapter 13

341 interview held on 4/21/16 (initial meeting was continued due to Debtor's absence)

Debtor's chapter 13 schedules listed 4 vehicles. At the 341, Debtor testified that her boyfriend sold 2 or 3 of them and that she has not seen any funds from the sales, but could not provide any documentation, nor was court authorization to sell estate property requested or granted.

Upon review of bank statements, noted 3 counter-credit cash deposits: counter-credits: 11/10 $569.14, 11/25 $407.05, 12/08 $862.00

Debtor is unable to explain the source of funds for these deposits, nor has she produced any police reports or any other documentation as to the sale of the 3 vehicles.

| **Initial Projected Date Of Final Report (TFR):** | 08/30/2017 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 15-32179 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARRIS, LUTHERYA D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1712 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2017 | | HARRIS, LUTHERYA D | Sale of Trustee's right, title, and interest in three vehicles (payment 1 of 3) | * | $1,000.00 | | $1,000.00 |
| | {7} | | payment 1 of 3                         $500.00 | 1129-000 | | | $1,000.00 |
| | {8} | | payment 1 of 3                         $266.67 | 1129-000 | | | $1,000.00 |
| | {9} | | payment 1 of 3                         $233.33 | 1129-000 | | | $1,000.00 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.98 | $999.02 |
| 07/11/2017 | | HARRIS, LUTHERYA D | Sale of Trustee's right, title, and interest in three vehicles (payment 2 of 3) | * | $500.00 | | $1,499.02 |
| | {7} | | payment 2 of 3                         $250.00 | 1129-000 | | | $1,499.02 |
| | {9} | | payment 2 of 3                         $116.67 | 1129-000 | | | $1,499.02 |
| | {8} | | payment 2 of 3                         $133.33 | 1129-000 | | | $1,499.02 |
| 07/11/2017 | | HARRIS, LUTHERYA D | Sale of Trustee's right, title, and interest in three vehicles (payment 3 of 3) | * | $500.00 | | $1,999.02 |
| | {7} | | payment 3 of 3                         $250.00 | 1129-000 | | | $1,999.02 |
| | {9} | | payment 3 of 3                         $116.67 | 1129-000 | | | $1,999.02 |
| | {8} | | payment 3 of 3                         $133.33 | 1129-000 | | | $1,999.02 |
| 02/27/2018 | 3001 | David Leibowitz | Trustee Compensation | 2100-000 | | $500.00 | $1,499.02 |
| 02/27/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $23.54 | $1,475.48 |
| 02/27/2018 | 3003 | City Of Chicago Department of Finance | Claim #: 1; Amount Claimed: $7,267.55; Distribution Dividend: 13.94%; | 7100-000 | | $1,013.20 | $462.28 |
| 02/27/2018 | 3004 | Commonwealth Edison Company | Claim #: 2; Amount Claimed: $2,192.29; Distribution Dividend: 13.94%; | 7100-000 | | $305.64 | $156.64 |
| 02/27/2018 | 3005 | Illinois Department of Revenue | Claim #: 3; Amount Claimed: $156.64; Distribution Dividend: 100.00%; | 5800-000 | | $156.64 | $0.00 |

|  |  |  | **SUBTOTALS** | | $2,000.00 | $2,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-32179 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HARRIS, LUTHERYA D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1712 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/22/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | | TOTALS: | | $2,000.00 | $2,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,000.00 | $2,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,000.00 | $2,000.00 | |

**For the period of 9/22/2015 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/08/2017 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3               Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-32179 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HARRIS, LUTHERYA D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1712 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,000.00 | $2,000.00 | $0.00 |

| For the period of 9/22/2015 to 4/9/2018 | | For the entire history of the case between 02/03/2016 to 4/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,000.00 | Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.00 | Total Comp/Non Comp Disbursements: | $2,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ